UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
IVAN VUJICEVIC,                     )   Case No. C13-0204RSL
                                    )
                Petitioner,         )
        v.                          )
                                    )   ORDER DIRECTING RETURN
ADRIANA VUJICEVIC,                  )   OF PASSPORTS
                                    )
                Respondent.         )
_____)

      This matter having been fully resolved, the Clerk of Court is directed to release the passports of respondent and the minor child, E.V., to respondent's counsel.

      Dated this 12th day of June, 2013.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER DIRECTING RETURN OF PASSPORTS